**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

TRUSTEES of the CHICAGO REGIONAL COUNCIL of
CARPENTERS Fund, et. al.

v.

BAAT CONSTRUCTION SERVICES, INC.

**FILED**
**FEBRUARY 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH       **08 C 798**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALL PLAINTIFFS

**JUDGE LINDBERG**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print) |  |
| Daniel P. McAnally | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ DANIEL P. McANALLY | |
| FIRM | |
| WHITFIELD McGANN & KETTERMAN | |
| STREET ADDRESS | |
| 111 E. WACKER DRIVE, SUITE 2600 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6205288 | 312-251-9700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐